[No. 36161-2-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN M. MELCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 06-1-00094-1, E. Thompson Reynolds, J., entered March 29, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36233-3-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMOND LEE ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00536-8, Toni A. Sheldon, J., entered April 19, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36260-1-II.   Division Two.   July 22, 2008.]

*In the Matter of the Marriage of* ELIZABETH A. URBANA, *Respondent*, and ROBERT M. URBANA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-3-01325-4, James E. Rulli, J., entered March 30, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ. Now published at 147 Wn. App. 1.

[No. 36283-0-II.   Division Two.   July 22, 2008.]

*In the Matter of the Personal Restraint of* JEFFREY K. DAY, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Armstrong, J.